IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOHAMMED A. HOQUE and SHAHANA HOQUE | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION<br>) FILE NO. _____<br>) 1:09-CV-2360 |
| TOYOTA MOTOR SALES U.S.A., INC., | )<br>) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**TOYOTA MOTOR SALES, U.S.A., INC.**

Now comes Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") and hereby files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Uniform Local Rules of the United States District Court for the Northern District of Georgia. In compliance with Rule 7.1, TMS states that:

1. TMS is a wholly owned subsidiary of Toyota Motor North America, Inc.;

2. Toyota Motor North America, Inc. is a wholly owned subsidiary of Toyota Motor Corporation ("TMC"); and

3. TMC is the parent corporation and there are no publicly held companies that own 10% or more of TMC's stock.

1

This 28th day of August, 2009.

        KING & SPALDING LLP

        /s/ Harold E. Franklin, Jr.
        Andrew T. Bayman
        Georgia Bar No. 043342
        Harold E. Franklin, Jr.
        Georgia Bar No. 273416
        Brooke Baires-Irvin
        Georgia Bar No. 606535
        1180 Peachtree Street, NE
        Atlanta, Georgia 30309-3521
        Telephone: (404) 572-4600

        *ATTORNEYS FOR DEFENDANT*
        *TOYOTA MOTOR SALES, U.S.A., INC.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF TOYOTA MOTOR SALES, U.S.A., INC.** upon all counsel of record by depositing a copy of same in the U.S. mail, addressed as follows:

This 28th day of August, 2009.

Harold E. Franklin, Jr.